PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DEC 19 2023 AM8:36
FILED - USDC - NDTX - LU

John Gabriel Rios #11061 / #28529 / #171092
Plaintiff's Name and ID Number

Lynn County Sheriff's office / Scurry county sheriff's office / Lubbock county sheriff's office/Detention Center
810 Lockwood Street / 400 37th St / 3502 North Holly Ave.
Tahoka, TX 79373 / Snyder, TX 79 / Lubbock, TX 79403
Place of Confinement

5-23CV-303-C
CASE NO._____
(Clerk will assign the number)

V.

M. Rosas
810 Lockwood St
Tahoka, TX 79373
Defendant's Name and Address

S. Fisher
810 Lockwood St
Tahoka, TX 79373
Defendant's Name and Address

A. Rendon
810 Lockwood St
Tahoka, TX 79373
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Lynn County Sheriff's office

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
Jose Hernandez
Augustine Garcia Jr
Darwin
A. Name and address of plaintiff: John Gabriel Rios #11061, 810 Lockwood St Tahoka Tx 79373.
John Gabriel Rios #171092
3502 North Holly Ave.          mailing: PO Box 10535
Lubbock, Tx 79403                        Lubbock, Tx 79408

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: M. Rosas; Jailor; Lynn County Sheriff's office; 810 Lockwood Street Tahoka Tx 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
U.S.C.A. 5, X; 18 U.S.C. §1589(a)3), §2381

Defendant #2: S. Fisher; Jailor; Lynn County Sheriff's office; 810 Lockwood Street Tahoka, TX 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
U.S.C.A. 5, X; 18 U.S.C. §1589(a)3), §2381

Defendant #3: A. Rendon; Jailor; Lynn County Sheriff's office; 810 Lockwood Street Tahoka, TX 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
U.S.C.A. 5, X; 18 U.S.C. §1589(a)3), §2381

Defendant #4: R. McKibben; Employee; Lynn County Sheriff's office; 810 Lockwood St Tahoka, Tx 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
U.S.C.A. 5, X; 18 U.S.C. §1589(a)3), §2381

Defendant #5: D. Hester; Employee; Lynn County Sheriff's office; 810 Lockwood St Tahoka, Tx 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

3

#6 . Thorton; employee; Lynn county sheriff's office; 810 Lockwood street Tahoka, TX 79373
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

#7 ²[a]; employees; Lynn county sheriff's office; 810 Lockwood st Tahoka, TX 79373
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

#8 Trey Wilson; Sheriff; Scurry county sheriff's office; 400 37th st Snyder, TX 79549
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

#9 Hannah counts; employee; Scurry county sheriff's office; 400 37th st Snyder, TX 79549
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

#10 ²[a]; employees; Scurry county sheriff's office; 400 37th st Snyder, TX 79549
U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

#11 Kelly S. Rowe; Sheriff; Lubbock county sheriff's office; P.O. Box 10535 Lubbock TX 79408
U.S.C.A. 5, 8; 18 U.S.C. §1589(a)(3), §2381

#12 ²[a]; employees; Lubbock county sheriff's office; P.O. Box 10535 Lubbock TX 79408
U.S.C.A. 5, 8; 18 U.S.C. §1589(a)(3), §2381

#13 Greg Abbott; Attorney General of Texas; office of the Attorney General; P.O. Box 12198 Austin, TX 78711-2198
Texas civil practice and Remedies code §30.004 Notice to Attorney General for certain suits; U.S.C.A. 5, X; 18 U.S.C. §1589(a)(3), §2381

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Claim 1.) November 26th 2023 sergeant A. Rendon, M. Rosas, S. Fisher did abuse disciplinary procedure's and determination of sanctions. Loss of Television, Loss of phone, without a fair, neutral, and impartial hearing. Having the entire four man cell 177 clean on a Sunday and then still imposing sanctions, without case matter and process they agreed to perform at the Job. Having a spanish speaking man commanded to clean outside of cell 177 while I was still writing the grievance of November 26th 2023. Jose Hernandez, Augustine Garcia Jr., Darwin (spanish speaking man name he wanted to be called), and John Gabriel Rios were told by R. McKibben, D. Hester, Thorton on November 28th 2023 around 12:00 p.m. - 12:25 p.m. cell 177, their is nothing they could do about what happened November 26th 2023. Having a verbal answer to the grievance and its happenings. A. Rendon, M. Rosas, S. Fisher obtain the services of John Gabriel Rios, Augustine Garcia Jr., Jose Hernandez, Darwin by threats of abuse and abuse of legal process, without agreement. Knowing of the allegiance to the united states R. McKibben, D. Hester, Thorton did allow A. Rendon, M. Rosas, S. Fisher to continue the job knowing of the cruel and unusual punishment by sanctions imposed without procedure's and obtaining our service without just compensation for extra duties, imposed by abuse. Officer's A. Rendon, M. Rosas, S. Fisher, R. McKibben, Thorton, D. Hester did aid in war on the united states constitution. Knowing John Gabriel Rios #11061 was going to report this matter M. Rosas, S. Fisher, D. Hester sent John Gabriel Rios 11061 to be John Gabriel Rios #25529 and now John Gabriel Rios 171092 transported by M. Rosas and A. Rendon. December 1st 2023 around 5:11pm scurry county sheriff's employee's did aid the Lynn county sheriff's office employee's against John Gabriel Rios #25529. December 4th 2023 around 2:30 p.m. Lubbock county sheriff's office employee's did aid the Lynn county sheriff's office employee's against John Gabriel Rios #171092. Lynn county sheriff's office employee's seen us in cell 177 pouring up cups of coffee getting ready for this suit on November 26th 2023 after we regained compliance with A. Rendon, M. Rosas, and S. Fisher. Augustine Garcia Jr was valued at $60,000, John Gabriel Rios is valued at $30,000, Jose Hernandez unknown value, Darwin told me his value but in spanish and I am unsure.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Claim 1.) John Gabriel Rios wants his value times seconds of forced service, value times seconds of lossed privileges for forced labor. John Gabriel Rios want Treason to be handled with 5 years and $10,000 fine per traitor, for complete cooperation only money damages for both convicting offenses. Court cost and pro-se fee of $300 out of court $400 in court per hour rounded up to the hour. Augustine Garcia Jr., Jose Hernandez, "Darwin", may have similar money relief as John Gabriel Rios but we should be valued by the U.S. Government to have a starting number and they may have their own relief to impose damages. If they don't object to the similar relief then we can agree to the want of their value times seconds of forced service, value times seconds of lossed privileges for forced labor, Treason as directed. And

VII. GENERAL BACKGROUND INFORMATION; to be credited to our prison accounts please. ← ← ←

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John Gabriel Rios; Pro-se Representative; Pro-se Rep.; foreign runner; running slave; running around; slaving around; ENSLAVED AGAIN!

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#11061 Lynn county; #171092 Lubbock county; #10660 Brown county; #15680 Craven county; 1868762, TDC-J; #25529 scurry county; 747007DD8 FBI;

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern Lubbock
2. Case number: 5-21-CV-00058-H
3. Approximate date sanctions were imposed: March 28th 2022
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO

4

# INMATE GRIEVANCE

Lynn County Sheriff's Office
810 Lockwood Street
Tahoka, TX 79373

TO: GRIEVANCE OFFICER

FROM: John Gabriel Rios
_____
Name of inmate

Date Filed: 11/26/2023

Cell 177
Cell and/or Cell Block Number

Date Confined: May 12th 2023 and February 4th 2023

SIR:

I WISH TO FILE A GRIEVANCE. I CERTIFY THAT MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

## STATEMENT

(Please print or write legibly. Include all dates, times, and names of persons involved, including witnesses if necessary.)

Today Sargent A. Rendon, M. Rosas, and S. Fisher ORDERED my entire cell to clean on a Sunday. The reason was that outside our cell was dirty. My cell's phone priviledges where taken around 8pm and recieved another threat to take TV priviledges away if we did not clean up outside our cell. 8:25 PM my celly was forced to clean outside our cell after we all lossed phone and TV priviledges during night shift without disciplinary hearings. I have no disciplinary that I'm serving for loss of phone and TV priviledges at this time. I do not hold cleaning responsibility outside my living quarters. All inmates are to clean there living quarters on Mondays, Wensdays, and Friday. If they want our cleaning duties to include outside our cell's we should be working inmates and I have not applied to be a working inmate to recieve extra work duties. Named officer's violated my U.S.C.A. V. and comitted 18 U.S.C. 31589 forced labor.

Margin notes:
- around 7:30 PM force labor
- around 8 PM phones off
- around 8:15 PM TV off
- around 8:25 PM force labor cellys
- around 9:06 priviledges returned

Your Signature: [signed]

Seal this completed form in an envelope and it will be delivered unopened, to the grievance officer the same day or the next normal workday.

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES _____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 12/10/2023
             DATE

_____John Gabriel Rios_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __tenth__ day of __December__, 20 __23__.
         (Day)              (month)          (year)

_____John Gabriel Rios_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

