IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JOHN GABRIEL RIOS, Institutional ID No. 171092 | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00303-C |
| M. ROSAS, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein is dismissed without prejudice as frivolous and for failure to state a claim under 28 U.S.C. § 1915A(b) and § 1915(e)(2)(B).

Dated January 2 2024.

SAM R. CUMMINGS
Senior United States District Judge